THIRD DEPARTMENT, JANUARY TERM, 1883

THE PEOPLE OF THE STATE OF NEW YORK, *Respondents, v.* MAHLON J. LORD, *Appellant.* — Same as in case of Trumble.

HENRY E. FISHER, *Respondent, v.* ENOCH H. BISHOP and another, *Appellants.* — Judgment reversed, new trial granted, costs to abide event. Opinion by BOARDMAN, J.

HARRIET KEELER, *Appellant, v.* BURR KEELER 2d, and others, *Respondents.* — Judgment affirmed with costs. Opinion by BOARDMAN, J.

BENJAMIN A. VREDENBURGH, *Respondent, v.* THE FIREMAN'S FUND INSURANCE COMPANY OF CALIFORNIA, *Appellant.* — Judgment and order affirmed, with costs. Opinion by BOARDMAN, J.

JOHN H. HINTERMISTER, *Plaintiff, v.* WILLIAM F. LANE, *Defendant.* — Motion for leave to go to Court of Appeals denied.

IN THE MATTER OF THE NEW YORK, WEST SHORE AND BUFFALO RAILROAD COMPANY *v.* THE KNICKERBOCKER ICE COMPANY — Three appeals. All three orders reversed, with single costs of appeal and disbursements as in reversal of judgment on appeal, and proceedings on petition and answer remitted to Special Term for further action. Opinion by BOCKES, J. Order to be settled by BOCKES, J.

THE ATTORNEY-GENERAL OF THE STATE OF NEW YORK *v.* THE CONTINENTAL LIFE INSURANCE COMPANY, *Respondent* (Claim of BENJAMIN N. FELTWELL and others, *Appellants*). — Order affirmed, with ten dollars costs and printing disbursements against appellants. Opinion by LEARNED. P. J.

THE PEOPLE OF THE STATE OF NEW YORK, *Plaintiff, v.* THE FIRE ASSOCIATION OF PHILADELPHIA, *Defendant.* — Judgment for defendant, with costs. Opinion by BOARDMAN, J., and by LEARNED, P. J., dissenting.

JOHN G. BAIN *v.* THOMAS KINCH. — Judgment reversed, new trial granted, costs to abide event. Opinion by BOCKES, J.

BARTHOLOMEW FEIDEN, *Appellant, v.* THE PRESIDENT, ETC., OF THE DELAWARE AND HUDSON CANAL Co., *Respondent.* — Judgment affirmed, with costs. Opinion by BOARDMAN, J.

RUTSAN HUNT, *Appellant, v.* AARON BECKER and others, *Respondents.* — Judgment of County Court reversed and that of Justice's affirmed, with costs. Opinion by BOCKES, J.

ANN KENNEY, *Respondent, v.* THE CITY OF COHOES, *Appellant.* — Judgment and order affirmed, with costs. Opinion by LEARNED, P. J.

JANE E. THOMPSON, *Respondent, v.* HIRAM WHITMARSH, *Appellant.* Judgment affirmed, with costs. Opinion by BOARDMAN, J.

EDWARD A. DURANT, *Respondent, v.* JOHN O'BRIEN, *Appellant.* — Judgment affirmed, with costs. Opinion by BOCKES, J.